THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHELLE RISDON,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br>a foreign insurance company,<br><br>    Defendant. | CASE NO. 2:20-CV-00359-BJR<br><br>**ORDER OF DISMISSAL** |

The parties having stipulated that they have resolved this action and that Plaintiff's claims against Defendant should be dismissed with prejudice and without an award of fees, costs, or payments to either party.

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs or fees awarded to either party.

DATED this 23rd day of July, 2020.

*[signature: Barbara J. Rothstein]*

**DISTRICT JUDGE BARBARA J. ROTHSTEIN**
**UNITED STATES DISTRICT COURT**

---

**ORDER OF DISMISSAL-1**
Case No. 2:20-cv-00359-BJR

**THE WOOD LAW FIRM, PLLC**
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
206-650-0765; 206-577-5380 (fax)

Presented by:

By:/s/ Stevem D/ Jensen	By:s/ John Walker Wood
    Steven D. Jensen, WSBA #26495	    John Walker Wood, WSBA #39120
    **JENSEN MORSE BAKER PLLC**	    **THE WOOD LAW FIRM, PLLC**
    *Attorneys for Defendant,*	    *Attorney for Plaintiff,*
    *Standard Insurance Company*	    *Richelle Risdon*

**ORDER OF DISMISSAL-2**               **THE WOOD LAW FIRM, PLLC**
Case No. 2:20-cv-00359-BJR              800 Fifth Avenue, Suite 4100
                                        Seattle, WA 98104
                                        206-650-0765; 206-577-5380 (fax)